**UNITED STATES COURT OF INTERNATIONAL TRADE**　　　　**FORM 3**

| | |
|---|---|
| JOINT STOCK COMPANY APATIT,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES,<br>　　　　　　　　Defendant**.** | **C I T  N o . 2 3 – 00254**<br><br>**SUMMONS** |

**TO:**　　The Attorney General and the Department of Commerce:

　　**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C § 1581(c) to contest the determination described below.



　　　　　　　　　　　　　　　　　　**/s/ Mario Toscano**
　　　　　　　　　　　　　　　　　　 Clerk of the Court

---

1. Plaintiff Joint Stock Company Apatit ("JSC Apatit") is a Russian manufacturer of phosphate fertilizer.  JSC Apatit participated in the countervailing duty ("CVD") investigation that is the subject of this action through submissions of factual information and argument, and is an interested party within the meaning of section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9)(A).  JSC Apatit has standing to bring this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

   (Name and standing of plaintiff)

2. JSC Apatit contests certain aspects of the final determination issued by the U.S. Department of Commerce, International Trade Administration ("ITA"), in its CVD investigation of Phosphate Fertilizers from Russia, Case No. C-821-825.

   (Brief description of contested determination)

3. <u>November 6, 2023 (DOC CVD Final Determination)</u>
   (Date of determination)

4. <u>November 6, 2023 (88 Fed. Reg. 76,182) (DOC CVD Final Determinations);</u> (If applicable, date of publication in Federal Register of notice of contested determination)

        Respectfully submitted,

        <u>/s/ Jonathan T. Stoel</u>
        Jonathan T. Stoel
        H. Deen Kaplan
        Jared R. Wessel
        Maria A. Arboleda
        Cayla D. Ebert

        HOGAN LOVELLS US LLP
        Columbia Square
        555 Thirteenth Street, N.W. Washington, DC 20004-1109
        (202) 637-6634
        jonathan.stoel@hoganlovells.com

        *Counsel to JSC Apatit*

Date: December 4, 2023